Laurie B. Mapes, OSB #841670
lauriemapes2002@yahoo.com
Attorney at Law
PO Box 1241
Scappoose OR 97056
Voice: (503) 543-2900
Fax: (503) 543-3676

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDREW L.,[1]                                          Case No. 3:21-cv-01681-CL

      Plaintiff,

  v.

COMMISSIONER, SOCIAL                                   ORDER
SECURITY ADMINISTRATION,

      Defendant.

---

Based on the stipulation of the parties and Plaintiff's application, it is ORDERED that

attorney fees in the amount of $10,078.61 under the Equal Access to Justice Act, 28 U.S.C. §

2412(d), are awarded to Plaintiff. The parties agree that Plaintiff has assigned the EAJA attorney

fees to Plaintiff's attorney. The attorney fees shall be paid to Plaintiff's attorney, subject to

verification that Plaintiff does not have a debt which qualifies for offset against the EAJA fees

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of
the nongovernmental party in this case.

ORDER - 1

under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010).  If

Plaintiff has no such debt, then the check for attorney fees shall be made payable to Plaintiff's

attorney, Laurie B. Mapes.  If Plaintiff has such a debt, then the check for any remaining funds

after offset of the debt shall be made payable to Plaintiff.  The check, regardless of the named

payee, shall be mailed to Plaintiff's attorney, Laurie B. Mapes, at P.O. Box 1241, Scappoose,

Oregon, 97056.


DATED this ___4th___ day of _____August_____, 2023.


/s/ Mark D. Clarke
_____
MARK D. CLARKE
United States Magistrate Judge


SUBMITTED BY:

<u>s/ Laurie B. Mapes</u>
Laurie B. Mapes
OSB # 841670
(503) 543-2900
Attorney for Plaintiff


ORDER - 2